**Abatement Order filed May 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00514-CR
_____

### RUBEN NOEL ORNELAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 16-CR-3172**

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal, Winston E. Cochran. On April 30, 2019, attorney Greg Russel filed a motion to substitute as appellate counsel because appellant retained him for representation. Accordingly, we enter the following order.

We ORDER the judge of the 212th District Court to consider Greg Russel's request to substitute. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders permitting current counsel to withdraw and

allowing Greg Russel to substitute. Those records shall be filed with the clerk of this court within **15 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court.

PER CURIAM

Panel Consists of Justices Wise, Jewell, Hassan.